IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act

    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

>     Count I – Defective Design
>     Count II – Failure to Warn
>     Count III – Negligence
>     Count IV – Negligence Per Se
>     Count V – Trespass and Battery
>     Count VI – Strict Product Liability
>     Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
>     Count VIII – Concealment, Misrepresentation, and Fraud
>     Count IX – Conspiracy
>     Count X – Wrongful Death
>     Count XI – Loss of Consortium
>
>     <u>Other Causes of Action:</u>
>     Count XII – _____
>     Count XIII – _____
>     Count XIV – _____
>     Count XV – _____
>     Count XVI – _____
>     Count XVII – _____
>     Count XVIII – _____
>     Count XIX – _____
>     Count XX – _____
>     Others
>     _____
>     _____
>     _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date:_____  Respectfully Submitted,

The ClaimBridge PLLC

/s/:_____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Yandel, Rebecca Ann l OBO Yandell Patrick Noel | 12/15/1948 | TX | Northern District of Texas | No | Yes | No | Thyroid Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 2. | Wright, Wayne Alan | 03/07/1961 | GA | Northern District of Georgia | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 3. | Wooten, Doris M. | 09/09/1958 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 4. | Winslow, Eric Kohl | 01/25/1981 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Wilson, Roger D. | 04/20/1965 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 6. | Williams, Tonja Belinda | 10/06/1968 | NY | Northern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 7. | Williams, Terrence Kenneth | 12/20/1996 | TX | Southern District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 8. | Williams, Leon | 01/21/1961 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 9. | Williams, Jack J. | 08/27/1960 | TN | Middle District of Tennessee | No | Yes | No | Testicular Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 10. | White, Mary Ellen | 12/26/1955 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 11. | White Sr., Leonard Bruce | 05/06/1949 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Colon Cancer | Counts I-XI |
| 12. | Weston, James Arthur | 10/08/1948 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Weston, Erdell | | IL | Northern District of Illinois | | | | | Count XI |
| 14. | West, Billy Ray | 09/27/1962 | AK | District of Alaska | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 15. | Weisel, Juan Jose | 01/17/1963 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 16. | Weisel, Susana | | TX | Western District of Texas | | | | | Count XI |
| 17. | Webster, Nelson Walter | 04/30/1946 | MD | District of Maryland | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 18. | Watkins, Michele Annette | 08/11/1959 | CA | Central District of California | No | Yes | No | Thyroid Cancer, High Cholesterol | Counts I-XI |
| 19. | Walker, James Elmer | 08/22/1960 | DE | District of Delaware | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 20. | Velez Jr., Wilfredo | 06/09/1973 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 21. | Turner, Charles Edward | 05/06/1996 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Turner Jennifer | | FL | Northern District of Florida | | | | | Count XI |
| 23. | Thomas-Bey III, Herbert Elwood | 05/31/1951 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 24. | Sullivan, Jerome Francis | 09/18/1949 | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 25. | Sullivan, Sherry Ann | | AR | Eastern District of Arkansas | | | | | Count XI |
| 26. | Sturdivant, Tereska McClain | 12/25/1961 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 27. | Strange, Madeline Elaine | 04/15/1954 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 28. | Stanley, Walter Ernst Josef | 04/25/1947 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 29. | Stanley, Sally | | FL | Middle District of Florida | | | | | Count XI |
| 30. | Soriano, Huascar Bolivar | 11/12/1964 | RI | District of Rhode Island | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Smith, LaTisa | 09/22/1979 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 32. | Smith, Jared Matthew | 07/14/1997 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 33. | Smith, Gary Lester | 12/15/1952 | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Bladder Cancer | Counts I-XI |
| 34. | Smith, Barbara Angela OBO Smith John William | 09/11/1951 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 35. | Smith, Arthur Gregory | 05/05/1948 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 36. | Smith Valerie | | MI | Eastern District of Michigan | | | | | Count XI |
| 37. | Smith, Aretha Francia | 12/26/1967 | AL | Middle District of Alabama | No | Yes | No | Ulcerative Colitis, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 38. | Sims, Joe Ransom | 11/11/1948 | IL | Northern District of Illinois | No | Yes | No | Liver Cancer | Counts I-XI |
| 39. | Simonsen, David Lee | 02/18/1946 | KS | District of Kansas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 40. | Simodi, Danyel Christine OBO Simodi, Daniel J | 07/30/1941 | WA | Western District of Washington | No | Yes | No | Liver Cancer | Counts I-XI |
| 41. | Simodi, Danyel Christine | 09/22/1963 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 42. | Schroeder, Jayd Douglas | 08/01/1971 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 43. | Rutledge, Zakiyyah Jeelan | 05/31/1951 | OK | Western District of Oklahoma | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 44. | Rodela, Dorothy | 06/09/1941 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Robinson, Niya Inell | 10/05/1981 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 46. | Robinson, Jeffery Kent | 02/17/1964 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer, Pancreatic Cancer | Counts I-XI |
| 47. | Robinson, Latasha | | AL | Northern District of Alabama | | | | | Count XI |
| 48. | Ritz, Elizabeth | 01/10/1945 | CA | Central District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 49. | Ritz, Ronald Andrew | | CA | Central District of California | | | | | Count XI |
| 50. | Reilly, John Joseph | 10/22/1958 | TN | Eastern District of Tennessee | No | Yes | No | Liver Cancer, Prostate Cancer | Counts I-XI |
| 51. | Rector, Edward Dean | 07/12/1945 | SC | District of South Carolina | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 52. | Rano, Dustin | 03/07/1986 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 53. | Rano, Carolanne | | FL | Middle District of Florida | | | | | Count XI |
| 54. | Queen, Shannon Harwell | 12/19/1969 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 55. | Price, Megan Nicole | 09/25/1990 | AR | Western District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 56. | Prater, Pansy Jean | 02/18/1962 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 57. | Pierce, John Herbert | 10/16/1957 | ME | District of Maine | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |

| # | Name | DOB | State | District | Col1 | Col2 | Col3 | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Perez, Rolando | 01/14/1945 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 59. | Pehrson, Tierah Jade OBO Lassek, Balian | 07/20/1967 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 60. | Pavletic, Ivan | 03/21/1974 | CO | District of Colorado | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 61. | Patton, Billy Wayne | 11/28/1957 | MS | Northern District of Mississippi | Yes | Yes | No | Thyroid Cancer, Prostate Cancer | Counts I-XI |
| 62. | Palacios, Esmeralda | 01/08/1998 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 63. | Osborne, Tina Loretta | 12/20/1965 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 64. | Orman, Robert James | 02/24/1960 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 65. | Orman, Alvina | | MI | Western District of Michigan | | | | | Count XI |
| 66. | Ordway, Ann Michell | 09/18/1967 | AR | Eastern District of Arkansas | No | Yes | No | Thyroid Disease, Ulcerative Colitis, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 67. | Niemeier, Everett William | 11/28/1959 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Nichols, Rae Lynn | 09/11/1972 | OH | Southern District of Ohio | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 69. | Nichols, Timothy Stephen | | OH | Southern District of Ohio | | | | | Count XI |
| 70. | Nelson, Mark Pierre | 08/21/1967 | NV | District of Nevada | No | Yes | No | Kidney Cancer | Counts I-XI |
| 71. | Navarre, Tammy Cordelia | 10/15/1964 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Murland, Max Paul | 06/06/1951 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Bladder Cancer, Prostate Cancer | Counts I-XI |
| 73. | Murillo, Richard Sendejas | 06/12/1959 | CA | Northern District of California | No | Yes | No | | Counts I-XI |
| 74. | Munro, Alex Harold | 01/25/1994 | WA | Western District of Washington | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 75. | Mosqueda, Jose Jesus | 04/13/1972 | CA | Eastern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 76. | Moser, James Wesley | 10/30/1966 | CA | Eastern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 77. | Mercuri, Natale | 01/09/1952 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 78. | Melnik, Carl Bernard | 12/19/1941 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 79. | McIntire, William Melvin Jr | 07/18/1965 | NH | District of New Hampshire | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 80. | McElroy, Cynthia Maria OBO McElroy, Helen | 11/09/1921 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 81. | McDonald Jr., Vernon Paul | 09/25/1964 | NC | Eastern District of North Carolina | Yes | Yes | No | Ulcerative Colitis, Prostate Cancer | Counts I-XI |
| 82. | McDermott, Anne Catherine | 08/30/1962 | CT | District of Connecticut | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 83. | Mays, Donald Kenneth | 07/20/1965 | OH | Southern District of Ohio | No | Yes | No | Liver Cancer, Colon Cancer | Counts I-XI |
| 84. | Mays, Shelly | | OH | Southern District of Ohio | | | | | Count XI |
| 85. | Matla, Jessica Nissa | 09/20/1976 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Mason, Darryl Stephen | 06/02/1952 | NE | District of Nebraska | No | Yes | No | Kidney Cancer | Counts I-XI |
| 87. | Martinez, Sarah Angel | 12/19/1981 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 88. | Martinez, Kelly Jean | 03/24/1970 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 89. | Martinez, Enrique Gallegos | 06/08/1982 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 90. | Castrejon, Sandra Rodriguez | | TX | Western District of Texas | | | | | Count XI |
| 91. | Martin, Lisa Diana | 10/19/1968 | VT | District of Vermont | No | Yes | No | Thyroid Disease, Ulcerative Colitis, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 92. | Dixon, Hapreet Dheer | | VT | District of Vermont | | | | | Count XI |
| 93. | Martin, James Scott | 09/10/1957 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 94. | Martin, Linda | | MA | District of Massachusetts | | | | | Count XI |
| 95. | Marlieb, Seth Jay | 02/27/1963 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 96. | Lunt, Darin Randall | 03/10/1976 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 97. | Loeffler-Fritzsche, Katherine | 05/19/1975 | AZ | District of Arizona | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 98. | David Fritzsche | | AZ | District of Arizona | | | | | Count XI |
| 99. | Light, Richard Chinnis | 09/11/2007 | VA | Western District of Virginia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 100. | Lackey, Jennifer | 04/14/1982 | KY | Western District of Kentucky | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 101. | Kutch, Maria Frances OBO Kutch, Dorothy | 02/20/1989 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Kullie, Rebecca Lynn | 05/06/1965 | MO | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 103. | Knepp, Phillip E. | 05/25/1950 | CA | Southern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 104. | Knepp, Laura E. | | CA | Southern District of California | | | | | Count XI |
| 105. | King, Jason Christopher | 04/26/1974 | AZ | District of Arizona | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 106. | Jones, Brenda Sharisse | 09/26/1959 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 107. | Johnson, Dwight Allen | 05/24/1955 | IN | Southern District of Indiana | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 108. | Patricia Dianne Johnson | | IN | Southern District of Indiana | | | | | Count XI |
| 109. | Johnson, Adam Lawrence | 07/13/1985 | IL | Northern District of Illinois | No | Yes | No | Testicular Cancer | Counts I-XI |
| 110. | Johnson, Katheryn | | IL | Northern District of Illinois | | | | | Count XI |
| 111. | Jarmon, Tavell Reon | 02/15/1988 | ID | District of Idaho | No | Yes | No | Testicular Cancer | Counts I-XI |
| 112. | Jarmon, Lacey | | ID | District of Idaho | | | | | Count XI |
| 113. | Jacob, James Robert | 02/26/1954 | OR | District of Oregon | No | Yes | No | Ulcerative Colitis, Prostate Cancer | Counts I-XI |
| 114. | Jackson, Neil P. | 05/17/1977 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 115. | Hunt, David Carlton | 04/10/1992 | CA | Northern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 116. | Humphries, James Darrell | 02/19/1963 | GA | Northern District of Georgia | Yes | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 117. | Houck, Michael Louis | 09/09/1946 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer, Colon Cancer | Counts I-XI |
| 118. | Houck, Daphine Dale | | VA | Eastern District of Virginia | | | | | Count XI |
| 119. | Hobbs, Floyd Wesley | 03/09/1951 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Hemphil, Maria Tauiliili | 08/08/1974 | HI | District of Hawaii | No | Yes | No | Kidney Cancer, Thyroid Cancer, Thyroid Disease, High Cholesterol, Colon Cancer | Counts I-XI |
| 121. | Hemphill, Alvarez Martinez | | HI | District of Hawaii | | | | | Count XI |
| 122. | Hebert, John III | 07/01/1949 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 123. | Hasson, Mohammednur Aedella | 01/01/1959 | TN | Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Harris, Quintin'le OBO Harris, Cynthia | 09/03/1966 | CA | Central District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 125. | Hamilton, Denise OBO Hamilton, Larry James | 07/18/1965 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 126. | Guzman, Adriana | 11/02/1962 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 127. | Gums, Randall Eugene | 12/20/1976 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 128. | Gibson, Tamara Rae | 02/20/1978 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 129. | Gibson, Tim Charles | | TX | Eastern District of Texas | | | | | Count XI |
| 130. | Gibbs, Jackie Vernard | 09/04/1952 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 131. | Gares, Mary Evelyn OBO Gares, Rodney Bruce | 03/06/1982 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 132. | Ganther, Andre Josepher | 12/13/1962 | OH | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 133. | Freeman, Corey E. OBO Freeman, Wilda Mae | 09/21/1945 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 134. | Frecker, Keith M. | 12/22/1956 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 135. | Francis, Michelle Linda | 09/28/1964 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 136. | Francis, Ashley | | GA | Northern District of Georgia | | | | | Count XI |
| 137. | Fournier, Gregory | 03/27/1953 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 138. | Fournier, Susan | | FL | Middle District of Florida | | | | | Count XI |
| 139. | Fortenberry, William Guy | 01/18/1955 | LA | Eastern District of Louisiana | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 140. | Flynn, Melinda Jean | 12/14/1986 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 141. | Flynn, Jason Michael | | MI | Eastern District of Michigan | | | | | Count XI |
| 142. | Fluker, Sherron | 10/26/1961 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 143. | Flores, Michael Joseph | 06/29/1991 | NV | District of Nevada | No | Yes | No | Testicular Cancer | Counts I-XI |
| 144. | Falardeau, Joseph Marcel Olivia OBO Falardeau, Darlene | 03/30/1948 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 145. | Ensign, Angela Carol | 11/25/1942 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | Ensign Jr., Joel Richard | | CA | Central District of California | | | | | Count XI |
| 147. | Elizardo Jr., Martin Herrera | 06/16/1966 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 148. | Duran, Bianca Vanessa | 02/20/1989 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 149. | Davis, Carmen Scherise | 12/18/1970 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 150. | Dalton, Douglas David | 02/04/1949 | WV | Southern District of West Virginia | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |